# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ALBERTO,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTO WHOLESALE CORPORATION,<br><br>        Defendant. | Case No.: 1:19-cv-01573 DAD JLT<br><br>ORDER AFTER INFORMAL TELECONFERENCE RE DISCOVERY DISPUTE |

At the request of the plaintiff, the Court held a telephonic conference related to a dispute over subpoenas issued by the defense to various of plaintiff's medical providers. Each of these providers has been identified by plaintiff as providing treatment related to the incident at issue. One provider, however, may have provided treatment for conditions unrelated to this litigation. At the telephonic conference the parties agreed to a method for moving forward. Thus, the Court **ORDERS**:

    1.    All subpoenas are limited to 10 years before the incident at issue;

    2.    Pinnacle Primary Care, Inc. SHALL produce the records beginning 10 years before the incident giving rise to the litigation to plaintiff's counsel <u>only</u>. Plaintiff' counsel SHALL notify the Court and opposing counsel within 14 days whether the plaintiff objects to production of any of the records received. If he does, he SHALL identify each document by Bates number, state what the objection is and lodge a copy of each objectionable document with the Court via email to

1

JLTOrders@caed.uscourts.gov. The Court will conduct an in camera review and determine whether any of the objections will be sustained.

3. All other subpoenaed records SHALL be produced directly to the defense and to the plaintiff, if he orders a copy.

IT IS SO ORDERED.

Dated: __**April 14, 2020**__          __**/s/ Jennifer L. Thurston**__
                                                                                            UNITED STATES MAGISTRATE JUDGE