# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ALBERTO,<br><br>             Plaintiff,<br><br>       v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>             Defendant. | Case No.: 1:19-cv-01573 DAD JLT<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER<br>(Doc. 12) |

The parties have stipulated that the Court should issue a protective order for certain specified categories of documents (Doc. 12 at 2). The Court **GRANTS** the stipulation except to reiterate that this protective order DOES NOT entitle them to file any documents under seal. Rather, if they believe a document should be filed under seal, they SHALL follow the requirements of Local Rule 141.

IT IS SO ORDERED.

Dated:   **June 24, 2020**                         **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE