# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ALBERTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No.: 1:19-cv-01573 DAD JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE<br>(Doc. 23) |

　　　　The parties have stipulated to continue the settlement conference to allow Costco additional time to determine the settlement authority. (Doc. 23) Thus, the Court **ORDERS**:

　　　　1.　　The settlement conference is CONTINUED to January 14, 2021 at 1:00 p.m. All other requirements for the settlement conference set out in the scheduling order (Doc. 5 at 6-7).

IT IS SO ORDERED.

　　Dated: __December 10, 2020__　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE