**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME ALBERTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01573 DAD JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE<br>(Docs. 21, 25) |

　　　　The parties have stipulated to amend the case schedule. (Docs. 21, 25) Good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

　　　　1.　　The parties **SHALL** complete all non-expert discovery **no later than February 24, 2021** and all expert discovery **no later than May 7, 2021**.  They **SHALL** disclose their experts **no later than March 12, 2021** and any rebuttal experts **no later than April 2, 2021**[1];

　　　　2.　　Any non-dispositive motions **SHALL** be filed **no later than February 26, 2021** and heard **no later than March 26, 2021**.

IT IS SO ORDERED.

　　Dated: **December 15, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court presumes counsel were aware that dispositive motions must be filed as currently scheduled, despite the amendments allowed here.