# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ALBERTO,<br><br>             Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>             Defendant. | Case No.: 1:19-cv-01573 DAD JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE<br>(Docs. 29) |

The parties have stipulated again to amend the case schedule. (Doc. 29) Good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

1. The parties **SHALL** complete all non-expert discovery **no later than June 24, 2021** and all expert discovery **no later than September 7, 2021**. They **SHALL** disclose their experts **no later than July 12, 2021** and any rebuttal experts **no later than August 13, 2021**;

2. Any non-dispositive motions **SHALL** be filed **no later than June 25, 2021** and heard **no later than August 3, 2021**;

3. Any dispositive motion **SHALL** be filed **no later than July 9, 2021** and heard **no later than August 17, 2021**;

4. The pretrial conference is CONTINUED to **November 15, 2021** at 1:30 p.m. before Judge Drozd.

1

The Court does not anticipate again modifying the scheduling order. The parties are strongly encouraged to complete the needed discovery and conduct the other activities needed according to this schedule.

IT IS SO ORDERED.

Dated:   **February 28, 2021**             **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE