# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ALBERTO,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No.: 1:19-cv-01573 DAD JLT<br><br>ORDER GRANTING THIRD STIPULATION TO AMEND THE CASE SCHEDULE<br>(Docs. 31) |

The parties have stipulated for a third time to amend the case schedule. (Doc. 31) Good cause appearing[1], the Court **ORDERS** the case schedule to be amended as follows:

1. The parties **SHALL** complete all non-expert discovery **no later than August 24, 2021** and all expert discovery **no later than November 8, 2021**. They **SHALL** disclose their experts **no later than September 12, 2021** and any rebuttal experts **no later than October 8, 2021**;

2. Any non-dispositive motions **SHALL** be filed **no later than November 29, 2021** and heard **no later than January 4, 2022**;

3. Any dispositive motion **SHALL** be filed **no later than January 28, 2022** and heard **no later than March 15, 2022**;

---

[1] Though the parties state good cause to amend the case schedule to allow the deposition of Ms. Sanford and the consequent need to extend the deadline for any dispositive motions, they have failed to explain why the IME of he plaintiff and the depositions of the treating physicians have not occurred. The Court will not again grant an amendment to the case schedule in circumstances such as these.

1

4. The pretrial conference is CONTINUED to **July 11, 2022** at 1:30 p.m. before Judge Drozd.

**The Court does not anticipate again modifying the scheduling order. The parties are strongly encouraged to complete the needed discovery and conduct the other activities needed according to this schedule.**

IT IS SO ORDERED.

Dated: __June 14, 2021__             _____ /s/ Jennifer L. Thurston
                                    CHIEF UNITED STATES MAGISTRATE JUDGE